United States District Court
Southern District of Texas
**ENTERED**
December 11, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| JOHN DOE CORPORATION, | Case No. 4:24-cv-01103-LHR |
| *Plaintiff*, | |
| v. | |
| PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, | |
| *Defendant*. | |

## JOINT BRIEFING SCHEDULE

Pursuant to the Court's November 27, 2024 Order (Dkt. 49), Plaintiff John Doe Corporation and Defendant Public Company Accounting Oversight Board ("Board") agree and propose the following briefing schedule for motions related to dismissal and transfer:

1. At the time this case was initially transferred to the District of Columbia, the Board had filed a motion to dismiss and to transfer the case; and, in response, Plaintiff had filed its First Amended Complaint. That complaint contained a new claim under the Seventh Amendment that did not appear in Plaintiff's original complaint. The Board plans to file a new motion to dismiss in order to address the claims raised in the First Amended Complaint, including the newly asserted Seventh Amendment claim. The Board also intends to move to transfer this case to the District Court for the District of Columbia. Plaintiff intends to oppose both motions.

2. Accordingly, the Board will file a combined motion to dismiss and motion to transfer, which shall not exceed 25 total pages. The Board shall file this combined motion on or before January 6, 2025.

3.  Plaintiff shall file its response to the Board's combined motion to dismiss and motion to transfer on or before February 10, 2025. Plaintiff may respond in a single responsive brief or in separate responsive briefs, but the combined total page limit shall not exceed 25 pages.

4.  The Board shall file its reply no later than March 3, 2025. The reply shall not exceed 15 pages.

5.  To the extent the Court would like the parties to present oral argument, then the parties jointly propose holding oral argument on the motion to dismiss and motion to transfer in the second half of March or in the month of April, at the Court's convenience.[1]

[Signature Page Follows]

---

[1] Known dates on which one or both of the parties' respective lead counsel are unavailable are March 11 through 25, 2025, and April 10 through 22, 2025.

DATED: December 5, 2024

/s/ *Jacob S. Frenkel*
John R. Nelson
State Bar No. 00797114
Federal ID No. 32683
DICKINSON WRIGHT PLLC
607 West 3rd Street, Suite 2500
Austin, TX 78701
Tel: (512) 770-4200
Fax: (844)-670-6009
jnelson@dickinsonwright.com

Jacob S. Frenkel (*pro hac vice*)
MD Bar No. 199206092
DICKINSON WRIGHT PLLC
International Square
1825 I St., N.W., Suite 900
Washington, DC 20006
Tel: (202) 466-5953
Fax: (844)-670-6009
jfrenkel@dickinsonwright.com

Brooks T. Westergard
(*pro hac vice*)
NV Bar No. 14300
DICKINSON WRIGHT PLLC
100 West Liberty Street, Suite 940
Reno, NV 89501
Tel: (775) 343-7510
Fax: (844)-670-6009
bwestergard@dickinsonwright.com

Russell G. Ryan (*pro hac vice*)
Sheng Li (*pro hac vice*)
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street, N.W., Suite 450
Washington, DC 20036
(202) 869-5210
russ.ryan@ncla.legal

*Attorneys for Plaintiff John Doe Corporation*

/s/ *Donald B. Verrilli, Jr.*
Donald B. Verrilli, Jr. (*pro hac vice*)
Elaine J. Goldenberg (*pro hac vice*)
Ginger D. Anders (*pro hac vice*)
Rachel G. Miller-Ziegler (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, D.C. 20001
(202) 220-1100
Donald.Verrilli@mto.com

John K. Edwards
JACKSON WALKER LLP
1401 McKinney St., Suite 1900
Houston, TX 77010
713-752-4200
jedwards@jw.com

*Attorneys for Public Company Accounting Oversight Board*

So ORDERED.
Date: December 10, 2025

_____
Hon. Lee H. Rosenthal
United States District Judge